FILED

10/17/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0299

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0299

_____

JAIMI L. ESPY,

     Plaintiff, Appellant,
     and Cross-Appellee,

    vs.                                            O R D E R

BRIAN A. LAGRECA, MD,

     Defendant, Appellee,
     and Cross-Appellant.

_____

On September 14, 2022, the mediator for this appeal filed a report stating that the case has settled. Nothing further has been filed.

Therefore, and pursuant to M. R. App. P. 7(7)(b),

IT IS ORDERED that this appeal is DISMISSED.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
October 17 2022